CAUSE NO. 6:24-cv-00507

| | | |
|---|---|---|
| State of Texas, State of Utah, and Last Energy, Inc. | § § § | IN THE COURT OF |
| Plaintiff, | § | |
| VS. | § § | SMITH COUNTY, TEXAS |
| United States Nuclear Regulatory Commission | § | |
| Defendant. | § | U.S.D.C. FOR THE EASTERN DISTRICT OF TEXAS, TYLER DIVISION |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Michael Bullock** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jan 13, 2025, 12:00 am**,

**SUMMONS IN A CIVIL ACTION WITH COMPLAINT FOR DECLARATORY RELIEF AND VACATUR UNDER THE ADMINISTRATIVE PROCEDURE ACT, CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION ,**

and was executed at **110 NORTH COLLEGE AVENUE STE 700, TYLER, TX 75702** within the county of **SMITH** at **02:39 PM** on **Fri, Jan 17 2025**, by delivering a true copy to the within named

**U.S.NUCLEAR REGULATORY COMMISSION C/O THE CIVIL PROCESS CLERK, GUADALUPE GARCIA, LEGAL ASSISTANT FOR THE U.S. ATTORNEYS OFFICE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Michael Bullock
Certification Number: PSC4973
Certification Expiration: 06/30/2026

BEFORE ME, a Notary Public, on this day personally appeared **Michael Bullock**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON _January 20, 2025_

_____
Notary Public, State of Texas

LADONNA BLANEY LINDSEY
Notary Public, State of Texas
Comm. Expires 03-13-2027
Notary ID 134250601