IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-507-JDK |
| § | |
| UNITED STATES NUCLEAR § | |
| REGULATORY COMMISSION, § | |
| § | |
| Defendant. § | |

**ORDER**

Before the Court is Defendant's motion to dismiss Plaintiffs' original complaint pursuant to several grounds under Rule 12(b). Docket No. 9. Twenty-one days after Defendant filed its motion, Plaintiffs filed an amended complaint. Docket No. 10; *see also* FED. R. CIV. P. 15(a)(1)(B) (stating that a party "may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b)").

Accordingly, because of Plaintiff's amended complaint, Defendant's motion to dismiss the original complaint (Docket No. 9) is **DENIED** as moot. *See, e.g.*, *Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985) ("[A]n amended complaint ordinarily supersedes the original and renders it of no legal effect, unless the amended complaint specifically refers to or adopts the earlier pleading.").

**So ordered and signed on this**
**Apr 8, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE