UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE OF LOUISIANA; STATE OF FLORIDA; ARIZONA STATE LEGISLATURE, BY AND THROUGH PRESIDENT OF THE ARIZONA SENATE WARREN PETERSEN AND SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES STEVE MONTENEGRO; LAST ENERGY, INC.; DEEP FISSION, INC.; and VALAR ATOMICS INC.;

  *Plaintiffs*,           No. 6:24-cv-00507-JDK

v.

UNITED STATES NUCLEAR REGULATORY COMMISSION,

  *Defendant*.

## JOINT MOTION TO HOLD IN ABEYANCE

The parties respectfully move to hold this case in abeyance for 60 days to consider alternatives to pursuing this case further, without Plaintiffs facing a pending deadline to respond to the Nuclear Regulatory Commission's Motion to Dismiss the Amended Complaint. ECF No. 16. The Court should stay all deadlines during this limited abeyance, including for the filing of any amicus briefs. The parties also request that the Court require the parties to file a joint status report after 30 days.

Dated: April 30, 2025      Respectfully submitted,

                [Signature Block on next page]

/s/ R. Trent McCotter
R. TRENT MCCOTTER*
   Texas Bar No. 24134174
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
  Suite 900
Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* *Pro hac vice*


DEREK BROWN
UTAH ATTORNEY GENERAL

/s/ Craig W. Anderson
CRAIG W. ANDERSON*
Assistant Attorney General
195 North 1950 West, 2nd Floor
Salt Lake City, Utah 84114-0873
*Counsel for State of Utah*

* *Pro hac vice*

/s/ Brunn Roysden
BRUNN (BEAU) ROYSDEN*
Arizona Bar No. 028698
Fusion Law, PLLC
7600 N. 15th St., Ste 150
Phoenix, Arizona 85020
(602) 315-7545
beau@fusion.law
*Counsel for Arizona State Legislature*

* *Pro hac vice forthcoming*

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Ryan G. Kercher
Deputy Chief
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

/s/Kathleen T. Hunker
KATHLEEN T. HUNKER
Special Counsel
Texas Bar No. 24118415

GARRETT GREENE
Special Counsel
Texas Bar No. 24096217

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2275
Fax: (512) 457-4410
*Counsel for State of Texas*


/s/ J. Benjamin Aguiñaga
J. BENJAMIN AGUIÑAGA
   Solicitor General

| | |
|---|---|
| Office of the Louisiana Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>aguinagab@ag.louisiana.gov | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>JOSEPH E. BORSON<br>Assistant Branch Director |

JILL C. CLARK*
   *General Counsel*
Louisiana Bar. No. 33050
Louisiana Dep't of Environmental Quality
P.O. Box 4032
Baton Rouge, Louisiana 70821-4302
(225) 219-3985
*Counsel for State of Louisiana*

* *Pro hac vice forthcoming*

*/s/ Jeffrey Paul DeSousa*
JAMES UTHMEIER
   *Attorney General*

JEFFREY PAUL DESOUSA (FBN110951)
   *Acting Solicitor General*
DAVID M. COSTELLO (FBN1004952)
   *Chief Deputy Solicitor General*
BRIDGET O'HICKEY (FBN1048521)
   *Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*jeffrey.desousa@myfloridalegal.com*
*Counsel for State of Florida*

* *Pro hac vice forthcoming*

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: April 30, 2025                              */s/ R. Trent McCotter*
                                                   R. Trent McCotter

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed (it is a joint motion).

Dated: April 30, 2025                              */s/ R. Trent McCotter*
                                                   R. Trent McCotter