# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE OF LOUISIANA; STATE OF FLORIDA; ARIZONA STATE LEGISLATURE, BY AND THROUGH PRESIDENT OF THE ARIZONA SENATE WARREN PETERSEN AND SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES STEVE MONTENEGRO; LAST ENERGY, INC.; DEEP FISSION, INC.; and VALAR ATOMICS INC.;

    *Plaintiffs*,

v.

UNITED STATES NUCLEAR REGULATORY COMMISSION,

    *Defendant.*

No. 6:24-cv-00507-JDK

## [PROPOSED] ORDER

Upon the parties' Joint Motion to Hold in Abeyance dated April 30, 2025, the Court finds that good cause supports the Motion. Accordingly,

IT IS HEREBY ORDERED that the Motion be GRANTED; it is further

ORDERED that the above-captioned case be held in abeyance for 60 days from the date of this Order; it is further

ORDERED that the parties file a joint status report after 30 days.

SO ORDERED.