IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES NUCLEAR<br>REGULATORY COMMISSION,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   Case No. 6:24-cv-507-JDK<br>§<br>§<br>§<br>§<br>§ |

## ORDER STAYING CASE

Before the Court is the parties' joint motion to stay this case. Docket No. 17. Specifically, the parties seek to stay the case for sixty days "to consider alternatives to pursuing this case further." *Id.*

The Court **GRANTS** the motion (Docket No. 17). Accordingly, the Court **ORDERS** that this case is **STAYED** until **June 30, 2025**.

The parties are further **ORDERED** to file a joint status report by **May 30, 2025**.

So **ORDERED** and **SIGNED** this **1st** day of **May, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE