UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS, *et al.*,

   *Plaintiffs*,

   v.                                                                                  Case No. 6:24-cv-00507-JDK

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

   *Defendant*.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of the undersigned, Christine Pratt, as counsel on behalf of the Defendant, STATE OF FLORIDA. Please serve copies of all pleadings, notices, orders, and correspondence regarding the above-styled case to the following email address: Christine.Pratt@myfloridalegal.com.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Christine Pratt*
Christine Pratt (FBN 100351)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Christine.Pratt@myfloridalegal.com

*Counsel for State of Florida*

Case 6:24-cv-00507-JDK   Document 19   Filed 05/21/25   Page 2 of 3 PageID #: 247

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 21st day of May, 2025.

*/s/ Christine Pratt*
Christine Pratt