UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS, et al

    *Plaintiffs*,

v.                                                                                            No. 6:24-cv-00507-JDK

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

    *Defendant*.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kelsey L. Smith hereby enters her appearance in this matter as counsel on behalf of Defendant the State of Louisiana and requests that she be served with all future pleadings, order, and other papers in this matter consistent with Fed. R. Civ. P. 5.

This 29th day of May, 2025.

                                                Respectfully submitted,

                                                **LIZ MURRILL**
                                                **ATTORNEY GENERAL OF LOUISIANA**

                                                /s/ Kelsey L. Smith
                                                KELSEY L. SMITH (TX #24117070)
                                                  Deputy Solicitor General
                                                LOUISIANA DEPT. OF JUSTICE
                                                1885 N. Third Street
                                                Baton Rouge, LA 70802
                                                (225) 428-7432
                                                SmithKel@ag.louisiana.gov