UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE
OF LOUISIANA; STATE OF FLORIDA;
ARIZONA STATE LEGISLATURE, BY AND
THROUGH PRESIDENT OF THE ARIZONA
SENATE WARREN PETERSEN AND
SPEAKER OF THE ARIZONA HOUSE OF
REPRESENTATIVES STEVE MONTENEGRO;
LAST ENERGY, INC.; DEEP FISSION, INC.;
and VALAR ATOMICS INC.;

    *Plaintiffs*,

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

    *Defendant*.

No. 6:24-cv-00507-JDK

## JOINT STATUS REPORT

On May 1, 2025, the Court granted the parties' joint motion to stay this case until June 30, 2025, and ordered the parties to file a joint status report after 30 days. ECF No. 18.

On May 23, 2025, President Trump issued four executive orders designed to promote new sources of nuclear energy production in the United States. *See* Exec. Order 14299, *Deploying Advanced Nuclear Reactor Technologies for National Security*, 90 Fed. Reg. 22581 (May 29, 2025); Exec. Order 14300, *Ordering the Reform of the Nuclear Regulatory Commission*, 90 Fed. Reg. 22587 (May 29, 2025); Exec. Order 14301, *Reforming Nuclear Reactor Testing at the Department of Energy*, 90 Fed. Reg. 22591 (May 29, 2025); Exec. Order 14302, *Reinvigorating the Nuclear Industrial Base*, 90 Fed. Reg. 22595 (May 29, 2025).

1

The parties are currently assessing how these Executive Orders impact this case and are actively working together to decide on the best path forward.

Dated:  May 30, 2025                              Respectfully submitted,

                                                 [Signature Block on next page]

| | |
|---|---|
| */s/ R. Trent McCotter* <br> R. TRENT MCCOTTER* <br>     Texas Bar No. 24134174 <br> MICHAEL BUSCHBACHER* <br> JARED M. KELSON* <br> BOYDEN GRAY PLLC <br> 800 Connecticut Ave NW, <br>   Suite 900 <br> Washington, DC 20006 <br> (202) 955-0620 <br> tmccotter@boydengray.com <br> *Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.* <br><br> * *Pro hac vice* <br><br><br> DEREK BROWN <br> UTAH ATTORNEY GENERAL <br><br> */s/ Craig W. Anderson* <br> CRAIG W. ANDERSON* <br> Assistant Attorney General <br> 195 North 1950 West, 2nd Floor <br> Salt Lake City, Utah 84114-0873 <br> *Counsel for State of Utah* <br><br> * *Pro hac vice* <br><br> */s/ Brunn Roysden* <br> BRUNN (BEAU) ROYSDEN* <br> Arizona Bar No. 028698 <br> Fusion Law, PLLC <br> 7600 N. 15th St., Ste 150 <br> Phoenix, Arizona 85020 <br> (602) 315-7545 <br> beau@fusion.law <br> *Counsel for Arizona State Legislature* <br><br> * *Pro hac vice forthcoming* | KEN PAXTON <br> Attorney General <br><br> BRENT WEBSTER <br> First Assistant Attorney General <br><br> RALPH MOLINA <br> Deputy First Assistant Attorney General <br><br> AUSTIN KINGHORN <br> Deputy Attorney General for Legal Strategy <br><br> RYAN D. WALTERS <br> Chief, Special Litigation Division <br><br> Ryan G. Kercher <br> Deputy Chief <br> Texas Bar No. 24060998 <br> ryan.kercher@oag.texas.gov <br><br> */s/Kathleen T. Hunker* <br> KATHLEEN T. HUNKER <br> Special Counsel <br> Texas Bar No. 24118415 <br><br> GARRETT GREENE <br> Special Counsel <br> Texas Bar No. 24096217 <br><br> OFFICE OF THE ATTORNEY GENERAL OF TEXAS <br> Special Litigation Division <br> P.O. Box 12548, Capitol Station (MC-009) <br> Austin, Texas 78711-2548 <br> Telephone: (512) 936-2275 <br> Fax: (512) 457-4410 <br> *Counsel for State of Texas* |

ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General
*/s/ Kelsey L. Smith*
KELSEY L. SMITH
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

JILL C. CLARK*
   General Counsel
Louisiana Bar. No. 33050
Louisiana Dep't of Environmental Quality
P.O. Box 4032
Baton Rouge, Louisiana 70821-4302
(225) 219-3985
*Counsel for State of Louisiana*

\* *Pro hac vice forthcoming*

*/s/ Jeffrey Paul DeSousa*
JAMES UTHMEIER
   *Attorney General*

JEFFREY PAUL DESOUSA (FBN110951)
   *Acting Solicitor General*
DAVID M. COSTELLO (FBN1004952)
   *Chief Deputy Solicitor General*
CHRISTINE PRATT (FBN100351)
   *Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
jeffrey.desousa@myfloridalegal.com

*Counsel for State of Florida*

\* *Pro hac vice forthcoming*

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: May 30, 2025                      */s/ R. Trent McCotter*
                                                        R. Trent McCotter