UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE
OF LOUISIANA; STATE OF FLORIDA;
ARIZONA STATE LEGISLATURE, BY AND
THROUGH PRESIDENT OF THE ARIZONA
SENATE WARREN PETERSEN AND
SPEAKER OF THE ARIZONA HOUSE OF
REPRESENTATIVES STEVE MONTENEGRO;
LAST ENERGY, INC.; DEEP FISSION, INC.;
and VALAR ATOMICS INC.;

    *Plaintiffs*,

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

    *Defendant*.

No. 6:24-cv-00507-JDK

## JOINT MOTION TO CONTINUE ABEYANCE

On April 30, 2025, the parties jointly moved to hold this case in abeyance for 60 days to consider alternatives to litigating this case. ECF No. 17. This Court granted the motion, directing the case be stayed through June 30, 2025. ECF No. 18. The parties filed a Joint Status Report on May 30, 2025, explaining that the parties were "assessing how [four recently issued] Executive Orders impact this case" and were "actively working together to decide on the best path forward." ECF No. 21 (citing President Trump's May 23, 2025 Executive Orders Nos. 14299, 14300, 14301, and 14302). For the reasons explained below, the parties now jointly seek to continue to hold the case in abeyance for an additional 90 days.

1

Since the May 30, 2025 Joint Status Report, the parties have conferred and identified potential options for a mutually agreeable resolution that could avoid or limit further litigation in this case. The parties jointly request additional time to continue to make progress toward that resolution, and to continue to assess the impact of actions being taken by the Nuclear Regulatory Commission, the Department of Energy, and other federal agencies in furtherance of the Executive Orders. The parties therefore jointly request that this Court continue to hold this case in abeyance for 90 additional days and stay all deadlines during this limited abeyance, including for the filing of any amicus briefs. The parties also request that the Court require the parties to file a joint status report after 45 days.

Dated:  June 27, 2025              Respectfully submitted,

                                   [Signature Block on next page]

/s/ R. Trent McCotter
R. TRENT MCCOTTER*
   Texas Bar No. 24134174
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
  Suite 900
Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* *Pro hac vice*


DEREK BROWN
UTAH ATTORNEY GENERAL

/s/ Craig W. Anderson
CRAIG W. ANDERSON*
Assistant Attorney General
195 North 1950 West, 2nd Floor
Salt Lake City, Utah 84114-0873
*Counsel for State of Utah*

* *Pro hac vice*

/s/ Brunn Roysden
BRUNN (BEAU) ROYSDEN*
Arizona Bar No. 028698
Fusion Law, PLLC
7600 N. 15th St., Ste 150
Phoenix, Arizona 85020
(602) 315-7545
beau@fusion.law
*Counsel for Arizona State Legislature*

* *Pro hac vice forthcoming*

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

RYAN G. KERCHER
Deputy Chief
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

/s/Kathleen T. Hunker
KATHLEEN T. HUNKER
Special Counsel
Texas Bar No. 24118415

GARRETT GREENE
Special Counsel
Texas Bar No. 24096217

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2275
Fax: (512) 457-4410
*Counsel for State of Texas*

/s/ J. Benjamin Aguiñaga
J. BENJAMIN AGUIÑAGA
   *Solicitor General*
Kelsey L. Smith
   *Deputy Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov

JILL C. CLARK*
   *General Counsel*
Louisiana Bar. No. 33050
Louisiana Dep't of Environmental Quality
P.O. Box 4032
Baton Rouge, Louisiana 70821-4302
(225) 219-3985
*Counsel for State of Louisiana*

* Pro hac vice

JAMES UTHMEIER
   *Attorney General*

/s/ Jeffrey Paul DeSousa
JEFFREY PAUL DESOUSA* (FBN110951)
   *Acting Solicitor General*
CHRISTINE PRATT (FBN100351)
   *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
jeffrey.desousa@myfloridalegal.com
*Counsel for State of Florida*

* Pro hac vice

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

/s/ Liam C. Holland
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: June 27, 2025  /s/ R. Trent McCotter
R. Trent McCotter

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed (it is a joint motion).

Dated: June 27, 2025  /s/ R. Trent McCotter
R. Trent McCotter