# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-507-JDK |
| § | |
| UNITED STATES NUCLEAR § | |
| REGULATORY COMMISSION, § | |
| § | |
| Defendant. § | |

## ORDER EXTENDING STAY

Before the Court is the parties' joint motion to stay this case for an additional ninety days. Docket No. 23. The Court previously stayed this case until June 30, 2025. Docket No. 18. The parties seek to extend the stay to pursue "a mutually agreeable resolution that could avoid or limit further litigation in this case." Docket No. 23 at 2.

The Court **GRANTS** the motion (Docket No. 23). Accordingly, the Court **ORDERS** that this case is **STAYED** until **September 29, 2025**. The parties are further **ORDERED** to file a joint status report by **August 14, 2025**.

So **ORDERED** and **SIGNED** this **30th** day of **June, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE