## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE
OF LOUISIANA; STATE OF FLORIDA;
ARIZONA STATE LEGISLATURE, BY AND
THROUGH PRESIDENT OF THE ARIZONA
SENATE WARREN PETERSEN AND
SPEAKER OF THE ARIZONA HOUSE OF
REPRESENTATIVES STEVE MONTENEGRO;
LAST ENERGY, INC.; DEEP FISSION, INC.;
and VALAR ATOMICS INC.;

     *Plaintiffs*,                       No. 6:24-cv-00507-JDK

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

     *Defendant*.

---

### JOINT MOTION TO CONTINUE ABEYANCE

On April 30, 2025, the parties jointly moved to hold this case in abeyance for 60 days to consider alternatives to litigating this case. ECF No. 17. This Court granted the motion, directing the case be stayed through June 30, 2025. ECF No. 18. The parties filed a Joint Status Report on May 30, 2025, explaining that the parties were "assessing how [four recently issued] Executive Orders impact this case" and were "actively working together to decide on the best path forward." ECF No. 21 (citing President Trump's May 23, 2025 Executive Orders Nos. 14299, 14300, 14301, and 14302).

On June 23, 2023 the parties met to discuss potential next steps, and, on June 27, 2025, the parties jointly moved to continue holding this case in abeyance for 90 days to continue progress

1

toward a potential resolution that could avoid or limit further litigation in this case and to continue to assess the impact of actions taken by Defendant in furtherance of the Executive Orders. ECF No. 23. This Court granted that motion, and the parties filed a joint status report on August 14 explaining that the parties are still in discussion but expect that conversations will reach a conclusion in the next several weeks. ECF No. 26.

The case is stayed through September 29, 2025, ECF No. 24, but the parties have scheduled a meeting for the week of October 6, 2025, to engage in further discussion of possible means of resolving this dispute in light of anticipated rulemaking planned by the U.S. Nuclear Regulatory Commission pursuant to the Executive Orders in the near future. The parties therefore jointly request that this Court continue to hold this case in abeyance for 30 additional days and stay all deadlines during this limited abeyance, including for the filing of any amicus briefs.


Dated: September 26, 2025                    Respectfully submitted,

                                             [Signature Block on next page]

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER*
   Texas Bar No. 24134174
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
   Suite 900
Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* Pro hac vice


DEREK BROWN
UTAH ATTORNEY GENERAL

*/s/ Craig W. Anderson*
CRAIG W. ANDERSON*
Assistant Attorney General
195 North 1950 West, 2nd Floor
Salt Lake City, Utah 84114-0873
*Counsel for State of Utah*

* Pro hac vice


*/s/ Brunn Roysden*
BRUNN (BEAU) ROYSDEN*
Arizona Bar No. 028698
Fusion Law, PLLC
7600 N. 15th St., Ste 150
Phoenix, Arizona 85020
(602) 315-7545
beau@fusion.law
*Counsel for Arizona State Legislature*

* Pro hac vice


KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

RYAN G. KERCHER
Deputy Chief
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

*/s/Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel
Texas Bar No. 24118415

GARRETT GREENE
Special Counsel
Texas Bar No. 24096217

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2275
Fax: (512) 457-4410
*Counsel for State of Texas*

J. BENJAMIN AGUIÑAGA
   *Solicitor General*
*/s/ Kelsey L. Smith*
Kelsey L. Smith
   *Deputy Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov

JILL C. CLARK*
   *General Counsel*
Louisiana Bar. No. 33050
Louisiana Dep't of Environmental Quality
P.O. Box 4032
Baton Rouge, Louisiana 70821-4302
(225) 219-3985
*Counsel for State of Louisiana*

* *Pro hac vice*

JAMES UTHMEIER
   *Attorney General*

*/s/ Jeffrey Paul DeSousa*
JEFFREY PAUL DESOUSA* (FBN110951)
   *Acting Solicitor General*
CHRISTINE PRATT (FBN100351)
   *Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*jeffrey.desousa@myfloridalegal.com*
*Counsel for State of Florida*

* *Pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 26, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: September 26, 2025           */s/ R. Trent McCotter*
                                   R. Trent McCotter

**CERTIFICATE OF CONFERENCE**

       I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed (it is a joint motion).

Dated: September 26, 2025           */s/ R. Trent McCotter*
                                   R. Trent McCotter