# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-507-JDK |
| § | |
| UNITED STATES NUCLEAR § | |
| REGULATORY COMMISSION, § | |
| § | |
| Defendant. § | |

## ORDER EXTENDING STAY

Before the Court is the parties' joint motion to stay this case for an additional thirty days. Docket No. 27. The Court previously stayed this case until June 30, 2025, Docket No. 18, and extended the stay until September 29, 2025. Docket No. 24.

The Court **GRANTS** the motion. Docket No. 27. Accordingly, the Court **ORDERS** that this case is **STAYED** until October 29, 2025. The parties are further **ORDERED** to file a joint status report or the appropriate dismissal papers by October 29, 2025.

So **ORDERED** and **SIGNED** this **29th** day of **September, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE