# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF UTAH, and LAST ENERGY, INC., *Plaintiffs*, v. UNITED STATES NUCLEAR REGULATORY COMMISSION, *Defendant*. | No. 6:24-cv-00507 |

## UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL

Plaintiff State of Texas, file this unopposed motion to substitute lead counsel. Previous counsel for Plaintiff, Kathleen Hunker, is no longer employed with the Office of the Attorney General, thus this case has been reassigned to Special Counsel Wade Johnson.

Mr. Johnson is licensed to practice law in the State of Texas and is member in good standing of the State Bar of Texas. Plaintiff further request that the parties and the Court include Mr. Johnson in all future correspondence and service. His contact information is in the signature block below.

1

Dated:  October 23, 2025

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

*/S/Wade A. Johnson*
WADE A. JOHNSON
Special Counsel
Texas State Bar No. 24062197
Wade.Johnson@oag.texas.gov

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2275
Fax: (512) 457-4410
*Counsel for State of Texas*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on October 27, 2025, a true and correct copy of the above and foregoing document has been filed and served to all counsel and parties of record using the CM/ECF system.

*/s/Wade A. Johnson*
**WADE A. JOHNSON**
Special Counsel

## CERTIFICATE OF CONFERENCE

I hereby certify that on Friday, October 24, 2025, I conferred with Defendant's counsel regarding the motion. Counsel for Defendant are unopposed to the motion. Accordingly, this motion submitted is unopposed.

*/s/Wade A. Johnson*
**WADE A. JOHNSON**
Special Counsel
