## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-507-JDK |
| | § | |
| UNITED STATES NUCLEAR | § | |
| REGULATORY COMMISSION, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE

Before the Court is Plaintiff State of Texas's unopposed motion to withdraw Kathleen Hunker as counsel of record and substitute Wade Johnson as lead attorney for the State of Texas.  Docket No. 30.

Having considered the motion, it is hereby **GRANTED**.  It is **ORDERED** that Kathleen Hunker be withdrawn as counsel of record in this matter and Wade Johnson be designated lead attorney for the State of Texas.

So **ORDERED** and **SIGNED** this **28th** day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE