UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE
OF LOUISIANA; STATE OF FLORIDA;
ARIZONA STATE LEGISLATURE, BY AND
THROUGH PRESIDENT OF THE ARIZONA
SENATE WARREN PETERSEN AND
SPEAKER OF THE ARIZONA HOUSE OF
REPRESENTATIVES STEVE MONTENEGRO;
LAST ENERGY, INC.; DEEP FISSION, INC.;
and VALAR ATOMICS INC.;

  *Plaintiffs*,

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

  *Defendant.*

No. 6:24-cv-00507-JDK

**JOINT STATUS REPORT AND MOTION TO CONTINUE ABEYANCE**

On May 1, 2025, the Court granted the parties' joint motion to stay this case until June 30, 2025, and ordered the parties to file a joint status report after 30 days. ECF No. 18.

On May 23, 2025, President Trump issued four executive orders designed to promote new sources of nuclear energy production in the United States. *See* Exec. Order 14299, *Deploying Advanced Nuclear Reactor Technologies for National Security*, 90 Fed. Reg. 22581 (May 29, 2025); Exec. Order 14300, *Ordering the Reform of the Nuclear Regulatory Commission*, 90 Fed. Reg. 22587 (May 29, 2025); Exec. Order 14301, *Reforming Nuclear Reactor Testing at the Department of Energy*, 90 Fed. Reg. 22591 (May 29, 2025); Exec. Order 14302, *Reinvigorating the Nuclear Industrial Base*, 90 Fed. Reg. 22595 (May 29, 2025).

1

On June 23, 2025, the parties met to discuss potential next steps, and, on June 27, 2025, the parties filed a joint motion to stay this case for 90 additional days to facilitate further discussions regarding potential amicable resolution of this case. ECF No. 23. The Court granted that motion on June 30, staying the case until September 29, 2025.

On September 26, 2025, the parties filed a joint motion to continue the stay for 30 additional days, explaining that the parties had scheduled a meeting to discuss potential means of resolving this dispute in light of anticipated rulemaking planned by the U.S. Nuclear Regulatory Commission pursuant to the Executive Orders in the near future. ECF No. 27. The Court granted that motion on September 29, 2025, staying the case until October 29, 2025, and ordering the parties to file a joint status report or the appropriate dismissal papers by that date. ECF No. 28.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. Similarly, the United States Nuclear Regulatory Commission (NRC) suffered a lapse in funding. Under the NRC approved lapse plan, significant personnel have been furloughed and a very limited number of NRC employees are performing excepted or exempted duties at this time. The ongoing lapse in appropriations has unavoidably delayed the parties' discussions and will continue to delay the NRC's ability to schedule and engage in such discussions until after the appropriations are restored, furloughed employees are recalled, and the NRC is able to resume normal activities. The parties will promptly resume their discussions when Congress has restored appropriations to the Department of Justice and the NRC, and hope to conclude those discussions soon afterwards. Accordingly, the parties jointly request that this Court continue to hold this case in abeyance until 30 days after Congress has appropriated funds for the Department and the NRC.

Dated:  October 28, 2025	Respectfully submitted,

	[Signature Block on next page]

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER*
   Texas Bar No. 24134174
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
  Suite 900
Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* *Pro hac vice*


DEREK BROWN
UTAH ATTORNEY GENERAL

*/s/ Craig W. Anderson*
CRAIG W. ANDERSON*
Assistant Attorney General
195 North 1950 West, 2nd Floor
Salt Lake City, Utah 84114-0873
*Counsel for State of Utah*

* *Pro hac vice*

*/s/ Brunn Roysden*
BRUNN (BEAU) ROYSDEN*
Arizona Bar No. 028698
Fusion Law, PLLC
7600 N. 15th St., Ste 150
Phoenix, Arizona 85020
(602) 315-7545
beau@fusion.law
*Counsel for Arizona State Legislature*

* *Pro hac vice*

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Ryan G. Kercher
Deputy Chief
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

*/s/Wade Johnson*
WADE JOHNSON
Special Counsel
Texas Bar No. 24116957

GARRETT GREENE
Special Counsel
Texas Bar No. 24096217

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2275
Fax: (512) 457-4410
*Counsel for State of Texas*

E<small>LIZABETH</small> B. M<small>URRILL</small>
Attorney General of Louisiana

J. B<small>ENJAMIN</small> A<small>GUIÑAGA</small>
Solicitor General
*/s/ Kelsey L. Smith*
K<small>ELSEY</small> L. S<small>MITH</small>
Deputy Solicitor General
O<small>FFICE OF THE</small> A<small>TTORNEY</small> G<small>ENERAL</small>
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

J<small>ILL</small> C. C<small>LARK</small>\*
   *General Counsel*
Louisiana Bar. No. 33050
Louisiana Dep't of Environmental Quality
P.O. Box 4032
Baton Rouge, Louisiana 70821-4302
(225) 219-3985
*Counsel for State of Louisiana*

\* *Pro hac vice*

*/s/ Jeffrey Paul DeSousa*
J<small>AMES</small> U<small>THMEIER</small>
   *Attorney General*
J<small>EFFREY</small> P<small>AUL</small> D<small>E</small>S<small>OUSA</small>\* (FBN110951)
   *Acting Solicitor General*
C<small>HRISTINE</small> P<small>RATT</small> (FBN100351)
   *Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*jeffrey.desousa@myfloridalegal.com*
*Counsel for State of Florida*

\* *Pro hac vice*

B<small>RETT</small> A. S<small>HUMATE</small>
Assistant Attorney General
Civil Division

J<small>OSEPH</small> E. B<small>ORSON</small>
Assistant Branch Director

*/s/ Liam C. Holland*
L<small>IAM</small> C. H<small>OLLAND</small>
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*

5

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: October 28, 2025                     */s/ R. Trent McCotter*
                                            R. Trent McCotter