[Type here]

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

STATE OF TEXAS; STATE OF UTAH; STATE OF
LOUISIANA; STATE OF FLORIDA; ARIZONA
STATE LEGISLATURE, BY AND THROUGH
PRESIDENT OF THE ARIZONA SENATE
WARREN PETERSEN AND SPEAKER OF THE
ARIZONA HOUSE OF REPRESENTATIVES STEVE
MONTENEGRO; LAST ENERGY, INC.; DEEP
FISSION, INC.; and VALAR ATOMICS INC.;

 *Plaintiffs*,          No. 6:24-cv-00507-JDK

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

 *Defendant*.

## [PROPOSED] ORDER

Upon the parties' Joint Status Report and Motion to Continue Abeyance dated October 28, 2025, the Court finds that good cause supports the Motion. Accordingly,

IT IS HEREBY ORDERED that the Motion be GRANTED; it is further

ORDERED that the above-captioned case be held in abeyance for 30 days from the date that the Department of Justice and the Nuclear Regulatory Commission next receive funds appropriated by Congress.

SO ORDERED.