IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-507-JDK |
| § | |
| UNITED STATES NUCLEAR § | |
| REGULATORY COMMISSION, § | |
| § | |
| Defendant. § | |

**ORDER EXTENDING STAY**

Before the Court is the parties' joint motion to continue the abeyance until 30 days after Congress appropriates funds to the Department of Justice and the Nuclear Regulatory Commission. Docket No. 33.

The Court **GRANTS** the motion. Accordingly, the Court **ORDERS** that this case is **STAYED** until **30 days** after the Department of Justice and the Nuclear Regulatory Commission receives funds appropriated by Congress. The parties are further **ORDERED** to file a joint status report or the appropriate dismissal papers by the date that the stay ends.

So **ORDERED** and **SIGNED** this **30th** day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE