<div align="center">

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

</div>

STATE OF TEXAS; STATE OF UTAH; STATE OF LOUISIANA; STATE OF FLORIDA; ARIZONA STATE LEGISLATURE, BY AND THROUGH PRESIDENT OF THE ARIZONA SENATE WARREN PETERSEN AND SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES STEVE MONTENEGRO; LAST ENERGY, INC.; DEEP FISSION, INC.; and VALAR ATOMICS INC.;

  *Plaintiffs*,

v.

UNITED STATES NUCLEAR REGULATORY COMMISSION,

  *Defendant.*

No. 6:24-cv-00507-JDK

## JOINT STATUS REPORT AND MOTION TO CONTINUE ABEYANCE

On May 1, 2025, the Court granted the parties' joint motion to stay this case until June 30, 2025, and ordered the parties to file a joint status report after 30 days. ECF No. 18.

On May 23, 2025, President Trump issued four executive orders designed to promote new sources of nuclear energy production in the United States. *See* Exec. Order 14299, *Deploying Advanced Nuclear Reactor Technologies for National Security*, 90 Fed. Reg. 22581 (May 29, 2025); Exec. Order 14300, *Ordering the Reform of the Nuclear Regulatory Commission*, 90 Fed. Reg. 22587 (May 29, 2025); Exec. Order 14301, *Reforming Nuclear Reactor Testing at the Department of Energy*, 90 Fed. Reg. 22591 (May 29, 2025); Exec. Order 14302, *Reinvigorating the Nuclear Industrial Base*, 90 Fed. Reg. 22595 (May 29, 2025).

On June 23, 2025, the parties met to discuss potential next steps, and, on June 27, 2025, the parties filed a joint motion to stay this case for 90 additional days to facilitate further discussions regarding potential amicable resolution of this case. ECF No. 23. The Court granted that motion on June 30, staying the case until September 29, 2025. ECF No. 24.

The parties have since jointly sought, and this Court has granted, two additional stays as the parties continue to explore potential means of resolving this dispute in light of anticipated rulemaking planned by the U.S. Nuclear Regulatory Commission pursuant to the Executive Orders in the near future and to accommodate the recent lapse in federal appropriations, during which Department of Justice and Nuclear Regulatory Commission personnel were unable to meaningfully engage in discussions. *See* ECF Nos. 28, 34. The current stay is in effect "until 30 days after the Department of Justice and the Nuclear Regulatory Commission receive[] funds appropriated by Congress." ECF No. 34. Federal funding was restored on November 12, 2025 through January 30, 2026, meaning that the current stay is in effect through December 12, 2025.

Since the current restoration of federal funding, the parties have been actively working to coordinate a meeting. Based on the schedules of the relevant federal government stakeholders, the parties anticipate meeting in late December 2025 or early January 2026. The parties therefore jointly request that this Court continue to hold this case in abeyance for an additional 45 days to allow the parties to meet for further discussions that could resolve this action.

Dated:  December 11, 2025                                  Respectfully submitted,

[Signature Blocks on next page]

/s/ Michael Buschbacher
R. TRENT MCCOTTER*
   Texas Bar No. 24134174
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
   Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* Pro hac vice

DEREK BROWN
UTAH ATTORNEY GENERAL

/s/ Bret F. Randall
BRET F. RANDALL*
Assistant Attorney General
195 North 1950 West, 2nd Floor
Salt Lake City, Utah 84114-0873
*Counsel for State of Utah*

* Pro hac vice

/s/ Brunn Roysden
BRUNN (BEAU) ROYSDEN*
Arizona Bar No. 028698
Fusion Law, PLLC
7600 N. 15th St., Ste 150
Phoenix, Arizona 85020
(602) 315-7545
beau@fusion.law
*Counsel for Arizona State Legislature*

* Pro hac vice

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Ryan G. Kercher
Deputy Chief
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

/s/Wade Johnson
WADE JOHNSON
Special Counsel
Texas Bar No. 24116957

GARRETT GREENE
Special Counsel
Texas Bar No. 24096217

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2275
Fax: (512) 457-4410
*Counsel for State of Texas*

<div style="columns: 2">

ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General
*/s/ Kelsey L. Smith*
KELSEY L. SMITH
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

JILL C. CLARK\*
   *General Counsel*
Louisiana Bar. No. 33050
Louisiana Dep't of Environmental Quality
P.O. Box 4032
Baton Rouge, Louisiana 70821-4302
(225) 219-3985
*Counsel for State of Louisiana*

\* *Pro hac vice*

*/s/ Jeffrey Paul DeSousa*
JAMES UTHMEIER
   *Attorney General*
JEFFREY PAUL DESOUSA\* (FBN110951)
   *Acting Solicitor General*
CHRISTINE PRATT (FBN100351)
   *Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
jeffrey.desousa@myfloridalegal.com
*Counsel for State of Florida*

\* *Pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*

</div>

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: December 11, 2025                     */s/ Michael Buschbacher*
                                              Michael Buschbacher

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed (it is a joint motion).

Dated: December 11, 2025                     */s/ Michael Buschbacher*
                                              Michael Buschbacher