# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-507-JDK |
| § | |
| UNITED STATES NUCLEAR § | |
| REGULATORY COMMISSION, § | |
| § | |
| Defendant. § | |

## ORDER EXTENDING STAY

Before the Court is the parties' joint motion to continue the abeyance for an additional forty-five days. Docket No. 36.

The Court **GRANTS** the motion. Accordingly, the Court **ORDERS** that this case is **STAYED** until **January 26, 2026**. The parties are further **ORDERED** to file a joint status report or the appropriate dismissal papers by **January 26, 2026**.

So **ORDERED** and **SIGNED** this **12th** day of **December, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE