UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE OF LOUISIANA; STATE OF FLORIDA; ARIZONA STATE LEGISLATURE, BY AND THROUGH PRESIDENT OF THE ARIZONA SENATE WARREN PETERSEN AND SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES STEVE MONTENEGRO; LAST ENERGY, INC.; DEEP FISSION, INC.; and VALAR ATOMICS INC.;

  *Plaintiffs*,

v.

UNITED STATES NUCLEAR REGULATORY COMMISSION,

  *Defendant*.

No. 6:24-cv-00507-JDK

### UNOPPOSED MOTION TO WITHDRAW R. TRENT MCCOTTER AS COUNSEL

R. Trent McCotter has left employment with Boyden Gray PLLC and hereby respectfully requests that he be withdrawn as counsel for Plaintiffs Last Energy, Inc.; Deep Fission, Inc.; and Valar Atomics Inc., who will continue to be represented by Michael Buschbacher and Jared M. Kelson of Boyden Gray PLLC, and that Michael Buschbacher be designated lead attorney for Plaintiffs Last Energy, Inc.; Deep Fission, Inc.; and Valar Atomics Inc.

Plaintiffs Last Energy, Inc.; Deep Fission, Inc.; and Valar Atomics Inc. each consent to this motion.

1

Dated: January 14, 2026                    Respectfully submitted,

<div style="margin-left: 40%;">

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER*
   Texas Bar No. 24134174

MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
  Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* *Pro hac vice*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: January 14, 2026  /s/ R. Trent McCotter
R. Trent McCotter

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed.

Dated: January 14, 2026  /s/ R. Trent McCotter
R. Trent McCotter