UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH; STATE OF
LOUISIANA; STATE OF FLORIDA; ARIZONA
STATE LEGISLATURE, BY AND THROUGH
PRESIDENT OF THE ARIZONA SENATE
WARREN PETERSEN AND SPEAKER OF THE
ARIZONA HOUSE OF REPRESENTATIVES STEVE
MONTENEGRO; LAST ENERGY, INC.; DEEP
FISSION, INC.; and VALAR ATOMICS INC.;

    *Plaintiffs*,

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

    *Defendant*.

No. 6:24-cv-00507-JDK

## [PROPOSED] ORDER

Upon the Unopposed Motion to Withdraw R. Trent McCotter as Counsel dated January 14, 2026, the Court finds that good cause supports the Motion. Accordingly,

IT IS HEREBY ORDERED that the Motion be GRANTED.

SO ORDERED.