**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-507-JDK |
| | § | |
| UNITED STATES NUCLEAR | § | |
| REGULATORY COMMISSION, | § | |
| | § | |
| Defendant. | § | |

**ORDER EXTENDING STAY**

Before the Court is the parties' joint motion to continue the abeyance for an additional sixty days. Docket No. 44.

The Court **GRANTS** the motion.  Accordingly, the Court **ORDERS** that this case is **STAYED** until **May 25, 2026**.  The parties are further **ORDERED** to file a joint status report or the appropriate dismissal papers by **May 25, 2026**.

So **ORDERED** and **SIGNED** this **25th** day of **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE