## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

STATE OF TEXAS; STATE OF UTAH;
STATE OF LOUSIANA, STATE OF
FLORIDA; ARIZONA STATE
LEGISLATURE, BY AND THROUGH
PRESIDENT OF THE ARIZONA SENATE
WARREN PETERSEN AND SPEAKER OF
THE ARIZONA HOUSE OF
REPRESENATIVES STEVE
MONTENEGRO; LAST ENERGY, INC.;
DEEP FISSION, INC.; and VALAR
ATOMICS INC.;

    *Plaintiffs,*                                Case No. 6:24-cv-00507

v.

UNITED STATE NUCLEAR
REGULATORY COMMISSION,

    *Defendant.*

_____/

### NOTICE OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs State of

Texas, State of Utah, State of Louisiana, State of Florida, and the Arizona

State Legislature hereby dismiss this action without prejudice.

DATED:  June 24, 2026

Respectfully submitted,

KEN PAXTON
   *Texas Attorney General*

BRENT WEBSTER
   *First Assistant Attorney General*

RALPH MOLINA
   *Deputy First Assistant Attorney General*

ROB FARQUHARSON
   *Deputy Attorney General for Legal Strategy*

RYAN G. KERCHER
   *Chief, Special Litigation Division*
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

*/s/ Wade A. Johnson*
WADE A. JOHNSON
   *Special Counsel*
Texas Bar No. 24062197
Wade.Johnson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2275
Fax: (512) 457-4410
*Counsel for State of Texas*

DEREK BROWN
   *Utah Attorney General*

*/s/ Bret F. Randall*
BRET F. RANDALL*
Assistant Attorney General
195 North 1950 West, 2nd Floor
Salt Lake City, Utah 84114-0873
*Counsel for State of Utah*

\* *Pro hac vice*

*/s/ Brunn Roysden*
BRUNN (BEAU) ROYSDEN*
Arizona Bar No. 028698
Fusion Law, PLLC
7600 N. 15th St., Ste 150
Phoenix, Arizona 85020
(602) 315-7545
beau@fusion.law
*Counsel for Arizona State Legislature*

\* *Pro hac vice*

2

ELIZABETH B. MURRILL
  *Louisiana Attorney General*

J. BENJAMIN AGUIÑAGA
  *Solicitor General*

*/s/ Kelsey L. Smith*
KELSEY L. SMITH
  *Deputy Solicitor General*
Office of the Louisiana Attorney
General
1885 North 3rd Street
Baton Rouge, LA 70804
(225) 326-6766
smithkel@ag.louisiana.gov

JILL C. CLARK\*
  *General Counsel*
Louisiana Bar. No. 33050
Louisiana Dep't of Environmental
Quality
P.O. Box 4032
Baton Rouge, Louisiana 70821
(225) 219-3985
*Counsel for State of Louisiana*

\* *Pro hac vice*

JAMES UTHMEIER
  *Florida Attorney General*

DAVID DEWHIRST
  *Solicitor General*

*/s/ Christine Pratt*
CHRISTINE PRATT (FBN100351)
  *Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
christine.pratt@myfloridalegal.com
*Counsel for State of Florida*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

/s/ Christine Pratt
CHRISTINE PRATT
*Counsel for the Florida Attorney General*