**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

LAST ENERGY, INC.; DEEP FISSION, INC.; and
VALAR ATOMICS INC.;

       *Plaintiffs*,                                 No. 6:24-cv-00507-JDK

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

       *Defendant*.

---

## JOINT STATUS REPORT

---

Relevant background and prior updates are provided in prior joint status reports and are incorporated here by reference. *See, e.g.,* ECF No. 50.

On June 24, 2026, Plaintiffs State of Texas, State of Utah, State of Louisiana, State of Florida, and the Arizona State Legislature submitted a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 52. Three commercial Plaintiffs—Last Energy, Inc; Deep Fission, Inc; and Valar Atomics, Inc.—have not dismissed the claims that they press in this action. *See id*.

The remaining parties intend to confer regarding these developments and how they relate to their current settlement discussions.

Dated: June 25, 2026            Respectfully submitted,

                             [Signature Block on next page]

1

*/s/ Michael Buschbacher*
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
   Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission,*
*Inc., and Valar Atomics Inc.*

*\* Pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

 */s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*