**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-507-JDK |
| | § | |
| UNITED STATES NUCLEAR | § | |
| REGULATORY COMMISSION, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

Before the Court is a notice of dismissal without prejudice from Plaintiffs State of Texas, State of Utah, State of Louisiana, State of Florida, and the Arizona State Legislature. Docket No. 52. The remaining Plaintiffs—Last Energy, Inc.; Deep Fission, Inc.; and Valar Atomics, Inc.—are still attempting to negotiate a resolution. Docket No. 53.

Pursuant to the notice of dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims brought by the State of Texas, State of Utah, State of Louisiana, State of Florida, and the Arizona State Legislature are **DISMISSED** without prejudice. For the remaining parties, the case is **STAYED** until **Friday, July 31, 2026**. These parties are further **ORDERED** to file a joint status report or the appropriate dismissal papers by **July 31, 2026**.

So **ORDERED** and **SIGNED** this **10th** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE