**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

LAST ENERGY, INC.; DEEP FISSION, INC.; and VALAR ATOMICS INC.;

*Plaintiffs*,

No. 6:24-cv-00507-JDK

v.

UNITED STATES NUCLEAR REGULATORY COMMISSION,

*Defendant*.

## JOINT STATUS REPORT AND MOTION TO CONTINUE ABEYANCE

Relevant background and prior updates are provided in prior joint status reports and are incorporated here by reference. *See, e.g.,* ECF Nos. 50, 53.

On June 24, 2026, Plaintiffs State of Texas, State of Utah, State of Louisiana, State of Florida, and the Arizona State Legislature submitted a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 52. On July 10, 2026, the Court dismissed those Plaintiffs' claims without prejudice, stayed the case as to the remaining parties until July 31, 2026, and directed the remaining parties to file a joint status report or the appropriate dismissal papers by that date. ECF No. 54.

The remaining parties have continued to confer regarding potential terms of a settlement. The parties therefore jointly request that this Court continue to hold this case in abeyance for an

additional 30 days and stay all deadlines during this limited abeyance, including for the filing of any amicus briefs.

Dated: July 31, 2026 Respectfully submitted,

[Signature Block on next page]

*/s/ Michael Buschbacher*
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* *Pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

Dated: July 31, 2026

*/s/ Michael Buschbacher*
Michael Buschbacher

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed (it is a joint motion).

Dated: July 31, 2026

*/s/ Michael Buschbacher*
Michael Buschbacher