**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

LAST ENERGY, INC.; DEEP FISSION, INC.; and
VALAR ATOMICS INC.;

*Plaintiffs*,

No. 6:24-cv-00507-JDK

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

*Defendant*.

**[PROPOSED] ORDER**

Upon the parties' Joint Status Report and Motion to Continue Abeyance dated July 31, 2026, the Court finds that good cause supports the Motion. Accordingly,

IT IS HEREBY ORDERED that the Motion be GRANTED; it is further

ORDERED that the above-captioned case be held in abeyance for 30 days from the date of this Order.

SO ORDERED.