**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-507-JDK |
| | § | |
| UNITED STATES NUCLEAR REGULATORY COMMISSION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER EXTENDING STAY**

Before the Court is the parties' joint motion to continue the abeyance for an additional thirty days. Docket No. 55.

The Court **GRANTS** the motion. Accordingly, the Court **ORDERS** that this case is **STAYED** until **Wednesday, September 2, 2026**. The parties are further **ORDERED** to file a joint status report or the appropriate dismissal papers by **Wednesday, September 2, 2026**.

**So ordered and signed on this**
**Aug 3, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE