**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

LAST ENERGY, INC.; DEEP FISSION, INC.; and
VALAR ATOMICS INC.;

*Plaintiffs*,

No. 6:24-cv-00507-JDK

v.

UNITED STATES NUCLEAR REGULATORY
COMMISSION,

*Defendant*.

## JOINT STATUS REPORT

Relevant background and prior updates are provided in prior joint status reports and are incorporated here by reference. *See, e.g.,* ECF No. 50, 53, 55.

On June 24, 2026, Plaintiffs State of Texas, State of Utah, State of Louisiana, State of Florida, and the Arizona State Legislature submitted a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 52. The remaining parties have continued to confer regarding potential terms of a settlement and whether a further extension of the abeyance is necessary. The parties are conferring and will provide a further update to the Court as soon as practicable.

Dated: September 2, 2026

Respectfully submitted,

[Signature Block on next page]

*/s/ Michael Buschbacher*
MICHAEL BUSCHBACHER*
JARED M. KELSON*
BOYDEN GRAY PLLC
800 Connecticut Ave NW,
Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Last Energy, Inc., Deep Fission, Inc., and Valar Atomics Inc.*

* *Pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendant*